No. 87–6997.  CARELLA *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., Los Angeles County.  The order entered November 7, 1988 [*ante,* p. 940], is amended to read as follows: Motion of appellant for leave to proceed *in forma pauperis* granted.  Probable jurisdiction noted limited to Questions I, II, III, IV, V, and VII presented by the jurisdictional statement.

No. 87–5840.  MCNAMARA *v.* COUNTY OF SAN DIEGO DEPARTMENT OF SOCIAL SERVICES.  Ct. App. Cal., 4th App. Dist.  [Probable jurisdiction postponed, 485 U. S. 1005.]  Motion of Christian R. Van Deusen for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.

No. 88–5188.  BENNETT *v.* CORROON & BLACK CORP. ET AL., *ante,* p. 812.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* denied.

No. 88–5580.  WEHRINGER *v.* NEW HAMPSHIRE.  Appeal from Sup. Ct. N. H.  Motion of appellant for leave to proceed *in forma pauperis* denied.  Appellant is allowed until December 19, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a statement as to jurisdiction in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would dismiss the appeal without reaching the merits of the motion to proceed *in forma pauperis.*

No. 88–5615.  IN RE CLARK; and
No. 88–5652.  IN RE REIDT.  Petitions for writs of mandamus denied.

No. 88–5524.  IN RE KERPA, AKA LAWSON.  Petition for writ of mandamus and/or certiorari denied.

No. 88–5622.  IN RE SCRUGGS.  Petition for writ of mandamus and/or prohibition denied.